202

United States Courts
Southern District of Texas
FILED
*April 01, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. M-26-1232** |
| | § | |
| **JONATHAN ALANIZ** | § | |
| **JOSE VALENTIN OCHOA** | § | |

**<u>INDICTMENT</u>**

**THE GRAND JURY CHARGES:**

On or about March 12, 2026, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JONATHAN ALANIZ**
**and**
**JOSE VALENTIN OCHOA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 1 kilogram of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL

______________________________
FOREPERSON

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY

______________________________
ASSISTANT UNITED STATES ATTORNEY